**IN THE UNITED STATES COURT FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| | ) | **Case No.: 1:23-cr-00167-TJK** |
| **v.** | ) | |
| | ) | |
| **TRAVIS A. WICKS** | ) | |

**ENTRY OF APPEARANCE**

Please take notice that Bruce A. Johnson, Jr., Esquire, a member of the bar of  this

Court, hereby enters his appearance as counsel, on behalf of Defendant, Travis Wicks.

Respectfully submitted,

BRUCE A. JOHNSON JR., LLC

/s/ Bruce A. Johnson, Jr., Esq._____
Bruce A. Johnson, Jr., Esq. #445925
950 N. Washington Street – Suite 344
Alexandria, VA 22314
(301) 860-1505 Direct
bruce@bajjlaw.net
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ***Praecipe*** was filed and sent by first-class
mail this 23rd day of June 2023, to the Office of the U.S. Attorney for the District of Columbia.

/s/ Bruce A. Johnson, Jr., Esq._____
Bruce A. Johnson, Jr., Esquire